**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMIRO FAZ,

    Defendant.

No. C 13-03614 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

A case management conference is **SET** for **DECEMBER 19, 2013, AT 11:00 A.M.** Please file a joint case management conference at least seven days prior.

**IT IS SO ORDERED.**

Dated: November 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE