MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7000
    FAX: (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CV 13-03614-WHA |
| ) | |
|     Petitioner, ) | |
| ) | NOTICE OF DISMISSAL and [Proposed] ORDER |
|   v. ) | |
| ) | |
| RAMIRO FAZ, ) | |
| ) | |
|     Respondent. ) | |
| _____ ) | |

    Petitioner, United States of America, hereby advises the Court that respondent, Ramiro Faz, has

fully complied with the Internal Revenue Service summons and requests that this action be dismissed

pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

                           MELIND HAAG
                           United States Attorney

Dated: November 20, 2013          /s/ Cynthia Stier
                           Assistant United States Attorney
                           Tax Division

1

**ORDER**

2

    Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal Rules of Civil

3

Procedure, this action is hereby dismissed.

4

    ORDERED this __2nd__ day of _____December_____ , 2013, at San Francisco, California.

5

6

                     _____

                     WILLIAM H. ALSUP

7

                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

US v. Faz
No.13-03614 WHA
Notice of Dismissal         2