1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7000
6      FAX: (415) 436-7009

7  Attorneys for the United States of America

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 13-03614-WHA |
| Petitioner, | |
| v. | NOTICE OF DISMISSAL and [Proposed] ORDER |
| RAMIRO FAZ, | |
| Respondent. | |

Petitioner, United States of America, hereby advises the Court that respondent, Ramiro Faz, has fully complied with the Internal Revenue Service summons and requests that this action be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

                        MELIND HAAG
                        United States Attorney

Dated: November 20, 2013         /s/ Cynthia Stier
                        Assistant United States Attorney
                        Tax Division

**ORDER**

Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

ORDERED this __2nd__ day of ___December___ , 2013, at San Francisco, California.

_____
WILLIAM H. ALSUP
United States District Judge

US v. Faz
No.13-03614 WHA
Notice of Dismissal                    2